E-FILED
Wednesday, 22 January, 2014  02:45:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-3138 |
| ) | |
| ANNIE MAE HELTON, ) | |
| ) | |
| Defendant. ) | |

OPINION CONFIRMING SALE

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court.  The Court, having reviewed the relevant materials, finds as follows:

1. The common address and legal description of the real estate at issue:

    310 W. Kickapoo Street, Lincoln, Illinois  62656

    Part of Lots 17 and 18 in Bates' Second Addition to West Lincoln, now a part of the City of Lincoln, Logan County, Illinois, described as follows:

    Beginning 15 feet North and 150 feet East of the Southwest corner of Lot 18; thence East 75 feet; thence North 122 ½ feet; thence West 75 feet; thence South 122 ½ feet to the place of beginning, except the underlying coal and the right to mine and remove the same.

    PIN NO. 54 12 343 018 40

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. The United States of America, on behalf of Rural Development, United States Department of Agriculture, was the successful bidder at the public judicial sale of the property;

7. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

8. This Court obtained personal jurisdiction over the defendant.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed;

B. There is no deficiency judgment ordered in favor of the plaintiff;

C. The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS l5-l509(a).

D. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E. There is no just reason to delay enforcement of or appeal from this final order.


ENTER: January 21, 2014.

                                                  *s/Richard Mills*
                                                  RICHARD MILLS
                                                  UNITED STATES DISTRICT JUDGE